IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| COX COMMUNICATIONS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE RECORDING INDUSTRY ASSOCIATION OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 1:19mc0029 (LO/JFA) ) ) ) ) ) ) ) |

### ORDER

On August 21, 2019, plaintiffs filed a motion to compel defendant's compliance with plaintiffs' subpoena *duces tecum* in the District Court for the District of Columbia. (Docket no. 1). On November 13, 2019, Judge Mehta transferred the dispute to this court given its relationship to the underlying action, *Sony Music Entertainment, et al. v. Cox Communications, Inc., et al.*, 1:18cv0950. (Docket no. 14). Given the timing and circumstances surrounding the motion, it is hereby

ORDERED that plaintiffs' motion to compel is denied as moot. Accordingly, the Clerk of Court is directed to terminate this case.

Entered this 11th day of December, 2019.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia